**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MAURICE BOATWRIGHT,**

                **Plaintiff,**

  **-v.-**                                                  **9: 04-CV-0641**
                                                       **(TJM)(GJD)**
**J. GREY, Officer; OFFICER GRIFFEN; SGT. BROWN;**
**COUNSELOR LOCKLAND; COUNSELOR CARROLL;**
**R. DOLING; D. CARPENTER; G. GREENE, Supt.;**
**R. ROY; and DONALD SELSKY,**

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      Plaintiff commenced this civil rights action *pro se* on June 4, 2004. On June 14, 2004, the Court granted Plaintiff's *in forma pauperis* application and ordered the Clerk to issue summonses and forward them, along with copies of the complaint, to the United States Marshal for service upon the named defendants. See 6/14/04 Order.  On July 9, 2004, the United States Marshal sent a notice to Plaintiff (and filed the notice with the Court) informing Plaintiff that he had failed to provide USM-285 forms, which are necessary for service by the United States Marshal, for all defendants. See dkt. #6.

      There is no indication in the record that Plaintiff ever provided these USM-285 forms or that service has been accomplished on all defendants.  In fact, there had been action on this file from July 9, 2004 until the Court issued a "Notice of Dismissal" on August 1, 2006 advising Plaintiff that the action would be dismissed for failure to prosecute if he did not submit, on or before September 1, 2006, a written statement showing good cause why the action should not be dismissed. See

8/1/2006 Notice of Dismissal, dkt. #7 . Plaintiff has not responded. Therefore, it is hereby

**ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to diligently prosecute the matter.

**IT IS SO ORDERED**

DATED:December 13,2006

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge